**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____    Chapter  11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Control Micro Systems, Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 59-2297477 |
| 4. | Debtor's address | **Principal place of business**<br><br>4420 Metric Drive, Suite A<br>Winter Park, FL 32792<br>Number, Street, City, State & ZIP Code<br><br>Orange<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor  **Control Micro Systems, Inc.**                                      Case number (*if known*) _____
        Name

7. **Describe debtor's business**   A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ■ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
    http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __3345__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ■ Chapter 11. **Check all that apply:**

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

Debtor  **Control Micro Systems, Inc.**    Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No<br>■ Yes. |

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**   Relationship _____
District _____ When _____ Case number, if known _____

11. **Why is the case filed in *this district*?**    *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
      Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**    *Check one:*

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

15. **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

16. **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor   **Control Micro Systems, Inc.**　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Control Micro Systems, Inc.**                                                Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **5/30/2024**
              MM / DD / YYYY

X  _/s/_____        **Paul Dupee**
   Signature of authorized representative of debtor    Printed name

Title   **Chairman**

**18. Signature of attorney**

X  _/s/_____        Date  **5/30/2024**
   Signature of attorney for debtor                    MM / DD / YYYY

**R. Scott Shuker, Esq**
Printed name

**Shuker & Dorris, P.A.**
Firm name

**121 S. Orange Avenue**
**Suite 1120**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **(407) 337-2060**    Email address  **rshuker@shukerdorris.com**

**984469 FL**
Bar number and State

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 5

Debtor  Control Micro Systems, Inc.                                            Case number (*if known*)
        Name

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number (*if known*) _____  Chapter  11 |

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor   | 600 Group Incorporated | | | Relationship to you | Parent |
|---|---|---|---|---|---|
| District | Middle District of Florida, Orlando Division | When | 5/30/24 | Case number, if known | |
| Debtor   | Tykma, Inc. | | | Relationship to you | Affiliate |
| District | Middle District of Florida, Orlando Division | When | 5/30/24 | Case number, if known | |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 6

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Control Micro Systems, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **5/30/2024**        X  _/s/ signature_
                                    Signature of individual signing on behalf of debtor

**Paul Dupee**
Printed name

**Chairman**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Control Micro Systems, Inc.
United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACCESS I/O PRODUCTS, INC. 10623 Roselle Street San Diego, CA 92121 | | Trade Debt | | | | $9,457.00 |
| Bank of America P.O. Box 15731 Wilmington, DE 19886-5731 | | Credit card account | | | | $49,508.00 |
| CDW P. O. Box 75723 Chicago, IL 60675-5723 | LaGin Avery Lagiave@cdw.com 1-866-782-4239 | Trade Debt | | | | $12,608.10 |
| Craters & Freighters 3718 Mercy Star Court Orlando, FL 32808 | | Trade Debt | | | | $9,243.61 |
| EAO One Parrott Dr Shelton, CT 06484 | David Healy DAvid.Healy@eao.com 203-951-4600 | Trade Debt | | | | $15,419.60 |
| FANUC ROBOTICS 3900 West Hamlin Rd Rochester Hills, MI 48309 | Adam Willea Adam.Willea@fanucAmeria.com 704-777-6525 | Trade Debt | | | | $58,141.80 |
| FUMEX 1150 Cobb Intn'l Place Kennesaw, GA 30152 | Ben Barham bbarham@fumexinc.com 770-514-7907 | Trade Debt | | | | $12,955.02 |
| Gulf Controls P.O. Box 15100 Tampa, FL 33684 | | Trade debt | | | | $11,995.14 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Debtor  **Control Micro Systems, Inc.**  Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IPG PHOTONICS CORPORATION<br>50 Old Webster Road<br>Oxford, MA 01540 | purchaseorder.us@ipgphotonics.com<br>508-373-1100 | Trade Debt | | | | $91,317.18 |
| Motion AI Industries<br>7350 Golden Triangle Drive<br>Eden Prairie, MN 55344 | Linda Young<br>Linda.Young@ai.motion.com<br>800-288-6628 | Trade Debt | | | | $30,804.00 |
| Performance Feeders, Inc.<br>P.O. Box 1067<br>Oldsmar, FL 34677 | Tony Straquadine<br>Tstraquadine@performancefeeders.com<br>813-855-2685 | Trade Debt | | | | $38,250.00 |
| Photonics Industries<br>1800 Ocean Avenue<br>Ronkonkoma, NY 11779 | Matthew Corrello<br>mcorrello@photonix.com<br>(631) 218-2240 1414 | Trade Debt | | | | $145,642.00 |
| Precision Fabrication Corp.<br>510 Church Street<br>Nokomis, FL 34275 | Jacquline Dowdy<br>purchasing.precfab@verizon.net<br>941-485-7235 | Trade debt | | | | $48,435.14 |
| RS Americas, Inc<br>7151 Jack Newell Blvd. South<br>Fort Worth, TX 76118-7037 | David Aronowitz<br>Dave.Aronowitz@NA.RSGroup.com<br>407-774-8411 | Trade Debt | | | | $28,921.54 |
| Santa Clara Systems<br>2060N. Loop Rd.<br>Alameda, CA 94502 | sales@santaclarasystems.com<br>1-888-450-0301 | Trade Debt | | | | $13,767.00 |
| SCANLAB GmbH<br>Siemensstr 2a<br>Puchheim, Germany | Dale Sabo<br>D.Sabo@scanlab-america.com | Trade Debt | | | | $20,963.75 |
| TRUMPF<br>47711 Clipper Street<br>Plymouth, MI 48170 | Colin Nolan<br>colin.nolan@trumpf.com<br>772-713-6810 | Trade Debt | | | | $25,078.50 |
| TUV SUD America, Inc.<br>401 Edgewater Place<br>00018-8000 | Rebecca Calderon<br>rebecca.calderon@tuvsud.com<br>678-341-5909 | Trade debt | | | | $42,609.33 |

Debtor  **Control Micro Systems, Inc.**                                   Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| VELMEX<br>7550 State Route 5 and 20<br>Bloomfield, NY 14469 | Alayne<br>alayne@velmex.com<br>800-642-6446 | Trade Debt | | | | $14,388.50 |
| XPO Logistics Freight. Inc<br>2211 Old Earhart Rd.<br>Ann Arbor, MI 48105 | 800-755-2728 | Trade Debt | | | | $9,955.14 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

# United States Bankruptcy Court
## Middle District of Florida

In re   **Control Micro Systems, Inc.**                                      Case No.
                            Debtor(s)                                         Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 600 Group Incorporated<br>4420 Metric Drive, Suite A<br>Winter Park, FL 32792 | n/a | 100% | Parent |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chairman** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   5/30/2024                                 Signature  _/s/ Paul Dupee_
                                                            Paul Dupee

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re  **Control Micro Systems, Inc.**               Case No. _____
                               Debtor(s)               Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **5/30/2024**    _____
                                     **Paul Dupee/Chairman**
                                     Signer/Title

Control Micro Systems, Inc.
4420 Metric Drive, Suite A
Winter Park, FL 32792

Allmotion
5673 W. Las Posita Blvd.
Pleasanton, CA 94588

Blossman Gas of Louisiana
P.O. Box 1110
Ocean Springs, MS 39566

R.Scott Shuker, Esq
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801

ALRO GROUP
2505 N Forsyth Rd
Orlando, FL 32807

BTX Global Logistics
12 Commerce Drive
Shelton, CT 06484

600 Group Incorporated
4420 Metric Drive, Suite A
Winter Park, FL 32792

AMAZON.COM
P.O. Box 81226
Seattle, WA 98108

CCS America, Inc.
10 State Street
Woburn, MA 01801

ACCESS I/O PRODUCTS, INC.
10623 Roselle Street
San Diego, CA 92121

AMERICA'S OFFICE SOURCE
706 TURNBULL AVENUE,STE 305
ALTAMONTE SPRINGS, FL 32701

CDW
P. O. Box 75723
Chicago, IL 60675-5723

Adams Air & Hydraulics
904 South 20th St.
Tampa, FL 33605

AZCO Corp.
26 Just Road
Fairfield, NJ 07004

CH Robinson Worldwide Inc
Freightquote
P.O. Box 9121
Minneapolis, MN 55480-9121

Air Centers of Florida, Inc.
7830 Kingspointe Pkwy
Orlando, FL 32819

Bank of America
P.O. Box 15731
Wilmington, DE 19886-5731

Clarion Safety Systems
190 Old Milford Road
Milford, PA 18337

AIRGAS USA, LLC
P.O. Box 532609
Atlanta, GA 30353-2609

Bank of America
P.O. Box 17237
Wilmington, DE 19886-7237

Clean Management
Environmental Group, Inc.
915 Industriall Road
Walterboro, SC 29488

Aisler Americas, Inc.
2093 Philadephia Pike #2610
Claymont, PA 19703

Bank of America, N.A.
Attn: Elizabeth M. Peck
110 N. Wacker Drive
Mail Code: IL 4-110-10-04
Chicago, IL 60606

COGNEX
One Vision Drive
Natick, MA 01760

ALLIED WIRE AND CABLE
101 Kestrel Dr.
Collegeville,, PA 19426

BARCODES INC
200 W. Monroe St 10th Floor
Chicago, IL 60606

Collins Manufacturing
672 Johns Road
Apopka, FL 32703

| | | |
|---|---|---|
| Craters & Freighters<br>3718 Mercy Star Court<br>Orlando, FL 32808 | Design Research Optics<br>3 Cedar Rock Meadows<br>East Greenwich, RI 02818 | Exostar LLC<br>P.O. Box 301003<br>Los Angeles, CA 90030 |
| Cross Technologies, Inc<br>4400 Piedmont Parkway<br>Greensboro, NC 27410 | DEX IMAGING<br>5109 W. Lemon Street<br>Tampa, FL 33609 | FANUC ROBOTICS<br>3900 West Hamlin Rd<br>Rochester Hills, MI 48309 |
| Crown Lift Trucks<br>404 Sunport Ln #150<br>Orlando, FL 32809 | DIGI-KEY CORPORATION<br>P.O. Box 250<br>Thief River Falls, MN 56701-0250 | FASTSIGN<br>915 E. Semoran Blvd<br>Casselberry, FL 32707 |
| CRYSTAL IMAGE TECHNOLOGIES<br>12650 W. 64th Ave.<br>Suite E-279<br>ARVADA, CO 80004 | Duke Energy<br>P.O. Box 1004<br>Charlotte, NC 28201-1004 | FEDEX<br>P.O. Box 660481<br>Dallas, TX 75266-0481 |
| Crystal Springs<br>P.O. Box 660579<br>Dallas, TX 75266-0579 | Durabelt<br>3119 Scioto Darby Exec. Court<br>Hilliard, OH 43026 | FUMEX<br>1150 Cobb Intn'l Place<br>Kennesaw, GA 30152 |
| CVI Laser LLC<br>P.O. Box 742118<br>Atlanta, GA 30374-2118 | EAO<br>One Parrott Dr<br>Shelton, CT 06484 | GEM GRAVURE<br>112 School Street<br>West Hanover, MA 02339 |
| Damonco<br>P.O. Box 995<br>Salem, VA 24153 | Edmund Optics, Inc.<br>101 E. Gloucester Pike<br>Barrington, NJ 08007-1380 | GRAINGER<br>1001 Douglas Ave<br>Altamonte Springs, FL 32714-2029 |
| DATAPRO<br>933 NW 49TH ST<br>Seattle, WA 98107 | EMKA, INC<br>1961 Fulling Mill Road<br>Middletown, PA 17057 | Grid Connect, Inc.<br>1630 W. Diehl Rd<br>Naperville, IL 60563 |
| DAVID RUSSEL ANODIZING<br>2501 McCracken Rd<br>Sanford, FL 32771 | ErgoMart<br>5200 E. Grand Ave.<br>Dallas, TX 75223 | Gulf Controls<br>P.O. Box 15100<br>Tampa, FL 33684 |

| | | |
|---|---|---|
| INDUSTRIAL MOTION CONTROL<br>dba DE-STA-CO Wheeling<br>Wheeling, IL 30090 | MOUSER ELECTRONICS<br>1000 N. Mains St.<br>Mansfield, TX 76063 | PJ POWDER LLC<br>1476 N. GOLDENROD RD<br>ORLANDO, FL 32807 |
| IPG PHOTONICS CORPORATION<br>50 Old Webster Road<br>Oxford, MA 01540 | MSC INDUSTRIAL SUPPLY CO<br>Dept. CH 0075<br>Palatine, IL 60055-0075 | Plunkett Cooney<br>101 N. Washington Square<br>Suite 1200<br>Lansing, MI 48933 |
| Keyence Corp. of America<br>100 West Cypress Creek Road<br>Suite 890<br>Fort Lauderdale, FL 33309 | MUTUAL OF OMAHA<br>Payment Processing Center<br>Omaha, NE 68103-2147 | Precise Motion & Control Inc<br>5338 Van Dyke Road<br>Lutz, FL 33558 |
| Keyence Corp. of America<br>500 Park Blvd, Suite 200<br>Itasca, IL 60143 | NEW LIFE FACILITY SERVICES<br>P.O. Box 92749<br>LAKELAND, FL 33804 | Precision Fabrication Corp.<br>510 Church Street<br>Nokomis, FL 34275 |
| Keyence Corp. of America<br>Dept CHI 17128<br>Palatine, IL 60055-7128 | NEWARK element 14<br>33190 Collection Center Dr.<br>Chicago, IL 60693-0331 | Radwell International, Inc.<br>111 Mount Holly Bypass<br>Lumberton, NJ 08048 |
| Keyence Corp. of America<br>669 River Drive, Suite 403<br>Elmwood Park, NJ 07407 | Orange County Tax Collector<br>301 S Robinson Avenue<br>Orlando, FL 32801 | RAND WORLDWIDE (Imaginit)<br>28127 Network Place<br>Chicago, IL 60673-1281 |
| L-COM / INFINITE<br>Electronics International<br>17792 FITCH<br>IRVING, CA 92614 | Performance Feeders, Inc.<br>P.O. Box 1067<br>Oldsmar, FL 34677 | REXEL USA, Inc<br>4150 N. John Young Pwky<br>Orlando, FL 32804 |
| McMaster-Carr Supply Co.<br>1901 Riverside Parkway<br>Douglasville, GA 30135 | PHASE 1 TECHNOLOGY CORP<br>44 W. JEFRYN BLVD<br>DEER PARK, NY 11729 | RS Americas, Inc<br>7151 Jack Newell Blvd. South<br>Fort Worth, TX 76118-7037 |
| Motion AI Industries<br>7350 Golden Triangle Drive<br>Eden Prairie, MN 55344 | Photonics Industries<br>1800 Ocean Avenue<br>Ronkonkoma, NY 11779 | SAGER ELECTRONICS<br>19 LEONA DRIVE<br>MIDDLEBOROUGH, MA 02346 |

| | | |
|---|---|---|
| Santa Clara Systems<br>2060N. Loop Rd.<br>Alameda, CA 94502 | Simplimatic Automation<br>1046 W. London Park Dr.<br>Forest, VA 24551 | TRULY NOLEN<br>2082 33RD STREET<br>ORLANDO, FL 32839 |
| SCANLAB GmbH<br>Siemensstr 2a<br>Puchheim, Germany | SMC CORPORATION OF AMERICA<br>10100 SMC Blvd<br>Noblesville, IN 46060 | TRUMPF<br>47711 Clipper Street<br>Plymouth, MI 48170 |
| SCHLEUNIGER<br>87 Colin Drive<br>Manchaster, NH 03103-4086 | Spring Tool Solutions<br>169 White Oak Drive<br>Berlin, CT 06037 | TUV SUD America, Inc.<br>401 Edgewater Place<br> 00018-8000 |
| SEMINOLE METAL FINISHING<br>967 Explorer Cove<br>Altamonte Springs, FL 32701 | Strada Services, LLC<br>3400 Saint Johns Parkway<br>Sanford, FL 32771 | Tykma, Inc.<br>4420 Metric Drive, Suite A<br>Winter Park, FL 32792 |
| SendCutSend<br>129 Cleveland Drive<br>Paris, KY 40361 | SunSource<br>2301 Windsor Court<br>Addison, IL 60101 | U.S. Plastics<br>1390 Neubrecht Road<br>Lima, OH 45801 |
| Senec Automation Components<br>5600 Williams Lake Rd, Ste C<br>Waterford, MI 48329 | TForce Freight<br>P.O. Box 1216<br>Richmond, VA 23218-1216 | ULINE<br>P.O. Box 88741<br>Chicago, IL 60680-1741 |
| Servometer<br>501 Little Falls Road<br>Cedar Grove, NJ 07009 | Thor-Labs<br>43 Sparta Ave.<br>Newton, NJ 07860 | UPS<br>P.O. Box 650116<br>Dallas, TX 75265-0116 |
| Shibuya Hoppmann Corp. - VA<br>7849 Commermine Drive<br>Manassas, VA 20109 | Tim Miller<br>271 Forest Trail<br>Oviedo, FL 32765 | VELMEX<br>7550 State Route 5 and 20<br>Bloomfield, NY 14469 |
| SHINGLE & GIBB AUTOMATION<br>6555 Powerline Rd.<br>Fort Lauderdale, FL 33309 | Total Plastics Inc.<br>505 Busse Road<br>Elk Grove Village, IL 60007 | Veritas Recruiting Group LLC<br>1135 TownPark Ave.<br>Lake Mary, FL 32746 |

VERIZON
P.O. Box 4001
ACWIRTG, GA 30101


Waste Management
P.O. Box 105453
Atlanta, GA 30348


Winford Engineering
4561 Garfield Road
Auburn, MI 48611


XPO Logistics Freight. Inc
2211 Old Earhart Rd.
Ann Arbor, MI 48105