# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
### www.flmb.uscourts.gov

| | |
|---|---|
| *In re:* | Chapter 11 |
| CONTROL MICRO SYSTEMS, INC., | Case No.: 24-02727-LVV |
|     Debtor._____/ | |

## NOTICE OF APPEARANCE

Nicole Grimal Helmstetter, Esq., of the law firm of Buchanan Ingersoll & Rooney, PC, files this Notice of Appearance as counsel for Creditor, Bank of America, N.A., and requests service of all pleadings, notices, motions and orders.

Date: May 31, 2024.

                                          Respectfully submitted,

                                          By: */s/ Nicole Grimal Helmstetter*
                                              Nicole Grimal Helmstetter
                                              Florida Bar No: 86937
                                              nicole.helmstetter@bipc.com
                                              **BUCHANAN INGERSOLL & ROONEY PC**
                                              2 South Biscayne Blvd., Suite 1500
                                              Miami, Florida 33131
                                              Tel: (305) 347-4080
                                              Fax: (305) 347-4089

                                              *Counsel for Creditor, Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been electronically filed with the Clerk of Court using CM/ECF system on May 31, 2024, thereby serving all registered ECF users in the case.

                                          By: */s/ Nicole Grimal Helmstetter*
                                                 Nicole Grimal Helmstetter